UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHANE L. HILL | CIVIL ACTION |
| VERSUS | NO. 21-1131 |
| PLAQUEMINES PARISH SHERIFF'S OFFICE, ET AL | SECTION "R" (1) |

### ANSWER, AFFIRMATIVE DEFENSES AND JURY DEMAND

**NOW INTO COURT**, through undersigned counsel, come Defendants, Sheriff Gerald A. Turlich, Jr., Warden Denise Narcisse, Deputy Louis Tinson, Deputy Darcy Smith, Deputy Troy Lagreco, Deputy Nicole Gutierrez, Deputy Mathew Gutjahr, Deputy Ashton Paxton, and Deputy Anthony Bruscato (hereinafter collectively referred to as the "PPSO Defendants"), who, in response to the Plaintiff's First Amended Complaint, respectfully submit the following:

### FIRST DEFENSE

The Complaint fails to state a claim against the Defendants upon which relief can be granted.

### SECOND DEFENSE

All of the acts and actions taken by the Defendants therein were reasonable under the circumstances and do not support a claim under a theory of vicarious liability or *respondeat superior*.

**THIRD DEFENSE**

That the Plaintiff, Shane L. Hill, by virtue of his own actions and conduct, was guilty of negligence and/or contributory negligence and/or assumption of the risk, all of which will be more fully shown at the trial of this matter.

**FOURTH DEFENSE**

The Court is without jurisdiction in this matter inasmuch as the amount in controversy, exclusive of interest and costs, does not exceed the sum and value of $75,000.00.

**FIFTH DEFENSE**

The Court is without jurisdiction as to all claims asserted by the Plaintiff in this matter inasmuch as the Complaint fails to state a proper claim for relief under the Constitution of the United States or any United States statute.

**SIXTH DEFENSE**

All of the acts and actions taken by the Defendants herein were reasonable under the circumstances and were taken pursuant to valid and constitutional policies and in no way provide any basis for any claim under *Monell*.

**SEVENTH DEFENSE**

Defendants further submit that the claims of the Plaintiff are frivolous, groundless and unreasonable and, as such, the Defendants are entitled to an award against the Plaintiff for all attorney's fees and costs expended in this matter pursuant to 42 USC 1983.

**EIGHTH DEFENSE**

Defendants affirmatively plead qualified immunity and any other applicable immunities and/or limitations of liability as provided for in the Constitution and laws of the United States

and the Constitution and laws of the State of Louisiana, including but not limited to the discretionary immunity provided in La. R.S. 9:2798.1.

## NINTH DEFENSE

Any and all damages and/or injuries sustained or incurred by the Plaintiff were the fault of individuals and/or entities over whom the Defendants have no control.

## TENTH DEFENSE

Defendants aver that all actions taken by any Plaquemines Parish Sheriff's Deputy during the incident complained of herein were taken in good faith, with probable cause, without malice and under laws believed to be constitutional, thereby entitling the Defendants to the defense of qualified immunity.

## ELEVENTH DEFENSE

That the sole and proximate cause of any injuries and/or damages sustained by the Plaintiff during the incident complained of herein were the actions and/or inactions of the Plaintiff himself, which actions and/or inactions are affirmatively pled in bar of/reduction of any recovery herein.

## TWELFTH DEFENSE

And now, Defendants respond to the allegations of the Plaintiff's Complaint, paragraph by paragraph, as follows:

1.

The allegations contained in paragraph I(A) of Plaintiff's First Amended Complaint require no answer; however, in an abundance of caution, those allegations are denied.

2.

The allegations contained in paragraph I(B) of Plaintiff's First Amended Complaint are denied for lack of sufficient information upon which to justify a belief therein.

3.

The allegations contained in paragraph I(C) of Plaintiff's First Amended Complaint are denied for lack of sufficient information upon which to justify a belief therein.

4.

The allegations contained in paragraph II(A) of Plaintiff's First Amended Complaint are admitted.

5.

The allegations contained in paragraph II(B) of Plaintiff's First Amended Complaint are denied for lack of sufficient information upon which to justify a belief therein.

6.

Not applicable.

7.

The allegations contained in paragraph III(A) of Plaintiff's First Amended Complaint are admitted.

8.

The allegations contained in paragraph III(B) of Plaintiff's First Amended Complaint are admitted.

9.

The allegations contained in paragraph III(C) of Plaintiff's First Amended Complaint are admitted.

10.

The allegations contained in paragraph III(D) of Plaintiff's First Amended Complaint are admitted.

11.

The allegations contained in paragraph III(E) of Plaintiff's First Amended Complaint are admitted.

12.

The allegations contained in paragraph III(F) of Plaintiff's First Amended Complaint are admitted.

13.

The allegations contained in paragraph III(G) of Plaintiff's First Amended Complaint are admitted.

14.

The allegations contained in paragraph IV(A)(1) of Plaintiff's First Amended Complaint are admitted.

15.

The allegations contained in paragraph IV(A)(2) of Plaintiff's First Amended Complaint are denied for lack of sufficient information upon which to justify a belief therein.

16.

The allegations contained in paragraph IV(A)(2) of Plaintiff's First Amended Complaint are denied for lack of sufficient information upon which to justify a belief therein.

17.

The allegations contained in paragraph IV(A)(3) of Plaintiff's First Amended Complaint are denied for lack of sufficient information upon which to justify a belief therein.

18.

The allegations contained in paragraph IV(A)(4) of Plaintiff's First Amended Complaint are denied for lack of sufficient information upon which to justify a belief therein.

19.

The allegations contained in paragraph IV(A)(5) of Plaintiff's First Amended Complaint are denied for lack of sufficient information upon which to justify a belief therein.

20.

The allegations contained in paragraph IV(A)(6) of Plaintiff's First Amended Complaint are denied for lack of sufficient information upon which to justify a belief therein.

21.

The allegations contained in paragraph IV(A)(7) of Plaintiff's First Amended Complaint are denied for lack of sufficient information upon which to justify a belief therein.

22.

The allegations contained in paragraph IV(A)(8) of Plaintiff's First Amended Complaint are denied for lack of sufficient information upon which to justify a belief therein.

23.

The allegations contained in paragraph IV(A)(9) of Plaintiff's First Amended Complaint are denied for lack of sufficient information upon which to justify a belief therein.

24.

The allegations contained in paragraph IV(A)(10) of Plaintiff's First Amended Complaint are denied for lack of sufficient information upon which to justify a belief therein.

25.

The allegations contained in paragraph IV(A)(11) of Plaintiff's First Amended Complaint are denied for lack of sufficient information upon which to justify a belief therein.

26.

The allegations contained in paragraph IV(A)(12) of Plaintiff's First Amended Complaint are denied for lack of sufficient information upon which to justify a belief therein.

27.

The allegations contained in paragraph IV(A)(13) of Plaintiff's First Amended Complaint are denied for lack of sufficient information upon which to justify a belief therein.

28.

The allegations contained in paragraph IV(A)(14) of Plaintiff's First Amended Complaint are denied for lack of sufficient information upon which to justify a belief therein.

29.

The allegations contained in paragraph IV(A)(15) of Plaintiff's First Amended Complaint are denied for lack of sufficient information upon which to justify a belief therein.

30.

The allegations contained in paragraph IV(A)(16) of Plaintiff's First Amended Complaint are denied for lack of sufficient information upon which to justify a belief therein.

31.

The allegations contained in paragraph IV(A)(17) of Plaintiff's First Amended Complaint are denied for lack of sufficient information upon which to justify a belief therein.

32.

The allegations contained in paragraph IV(A)(18) of Plaintiff's First Amended Complaint are denied for lack of sufficient information upon which to justify a belief therein.

33.

The allegations contained in paragraph IV(A)(19) of Plaintiff's First Amended Complaint are denied for lack of sufficient information upon which to justify a belief therein.

34.

The allegations contained in paragraph IV(A)(20) of Plaintiff's First Amended Complaint are denied for lack of sufficient information upon which to justify a belief therein.

35.

The allegations contained in paragraph IV(A)(21) of Plaintiff's First Amended Complaint are denied for lack of sufficient information upon which to justify a belief therein.

36.

The allegations contained in paragraph IV(A)(22) of Plaintiff's First Amended Complaint are denied for lack of sufficient information upon which to justify a belief therein.

37.

The allegations contained in paragraph IV(A)(23) of Plaintiff's First Amended Complaint are denied for lack of sufficient information upon which to justify a belief therein.

38.

The allegations contained in paragraph IV(A)(24) of Plaintiff's First Amended Complaint are denied for lack of sufficient information upon which to justify a belief therein.

39.

The allegations contained in paragraph IV(A)(25) of Plaintiff's First Amended Complaint are denied for lack of sufficient information upon which to justify a belief therein.

40.

The allegations contained in paragraph IV(A)(26) of Plaintiff's First Amended Complaint are denied for lack of sufficient information upon which to justify a belief therein.

41.

The allegations contained in paragraph IV(A)(27) of Plaintiff's First Amended Complaint are denied for lack of sufficient information upon which to justify a belief therein.

42.

The allegations contained in paragraph IV(A)(28) of Plaintiff's First Amended Complaint are denied for lack of sufficient information upon which to justify a belief therein.

43.

The allegations contained in paragraph IV(A)(29) of Plaintiff's First Amended Complaint are denied for lack of sufficient information upon which to justify a belief therein.

44.

The allegations contained in paragraph IV(A)(30) of Plaintiff's First Amended Complaint are denied for lack of sufficient information upon which to justify a belief therein.

45.

The allegations contained in paragraph IV(A)(31) of Plaintiff's First Amended Complaint are denied for lack of sufficient information upon which to justify a belief therein.

46.

The allegations contained in paragraph IV(A)(32) of Plaintiff's First Amended Complaint are denied for lack of sufficient information upon which to justify a belief therein.

47.

The allegations contained in paragraph IV(A)(33) of Plaintiff's First Amended Complaint are denied for lack of sufficient information upon which to justify a belief therein.

48.

The allegations contained in paragraph IV(A)(34) of Plaintiff's First Amended Complaint are denied for lack of sufficient information upon which to justify a belief therein.

49.

The allegations contained in paragraph IV(A)(35) of Plaintiff's First Amended Complaint are denied for lack of sufficient information upon which to justify a belief therein.

50.

The allegations contained in paragraph IV(A)(36) of Plaintiff's First Amended Complaint are denied for lack of sufficient information upon which to justify a belief therein.

51.

The allegations contained in paragraph IV(A)(37) of Plaintiff's First Amended Complaint are denied for lack of sufficient information upon which to justify a belief therein.

52.

The allegations contained in paragraph IV(A)(38) of Plaintiff's First Amended Complaint are denied for lack of sufficient information upon which to justify a belief therein.

53.

The allegations contained in paragraph IV(A)(39) of Plaintiff's First Amended Complaint are denied for lack of sufficient information upon which to justify a belief therein.

54.

The allegations contained in paragraph IV(A)(40) of Plaintiff's First Amended Complaint require no answer; however, in an abundance of caution, those allegations are denied.

55.

The allegations contained in paragraph IV(A)(41) of Plaintiff's First Amended Complaint are denied.

56.

The allegations contained in paragraph IV(A)(42) of Plaintiff's First Amended Complaint are denied for lack of sufficient information upon which to justify a belief therein.

56.

The allegations contained in paragraph IV(A)(43) of Plaintiff's First Amended Complaint are denied.

57.

The allegations contained in paragraph IV(A)(44) of Plaintiff's First Amended Complaint are denied.

58.

The allegations contained in paragraph IV(A)(45) of Plaintiff's First Amended Complaint are denied.

59.

The allegations contained in paragraph IV(A)(46) of Plaintiff's First Amended Complaint are denied.

60.

The allegations contained in paragraph IV(A)(47) of Plaintiff's First Amended Complaint are denied.

61.

The allegations contained in paragraph IV(A)(48) of Plaintiff's First Amended Complaint are denied.

62.

The allegations contained in paragraph IV(A)(49) of Plaintiff's First Amended Complaint are denied.

63.

The allegations contained in paragraph IV(A)(50) of Plaintiff's First Amended Complaint are denied.

64.

Further answering, Defendants aver that all actions taken by any of the defendant deputies were taken in good faith, with probable cause, and without malice, entitling them to the defense of qualified immunity.

65.

Further answering, Defendants aver that the sole and proximate cause of any damages and/or injuries allegedly sustained by the Plaintiff herein were the actions and inactions of the Plaintiff himself, or the actions or inactions of other individuals over whom Defendants have no authority or control, which actions and/or inactions are pled in bar of/reduction of any recovery herein.

66.

Defendants respectfully request trial by jury on all issues herein.

**WHEREFORE,** Defendants, Sheriff Gerald A. Turlich, Jr., Warden Denise Narcisse, Deputy Louis Tinson, Deputy Darcy Smith, Deputy Troy Lagreco, Deputy Nicole Gutierrez, Deputy Mathew Gutjahr, Deputy Ashton Paxton, and Deputy Anthony Bruscato, pray that this Answer be deemed good and sufficient and that, after due proceedings are had, there be judgment herein in favor of Defendants, Sheriff Gerald A. Turlich, Jr., Warden Denise Narcisse, Deputy Louis Tinson, Deputy Darcy Smith, Deputy Troy Lagreco, Deputy Nicole Gutierrez, Deputy Mathew Gutjahr, Deputy Ashton Paxton, and Deputy Anthony Bruscato, and against the Plaintiff, Shane L. Hill, dismissing the Plaintiff's Complaint, and at Plaintiff's costs.

Respectfully submitted,

**MARTINY & ASSOCIATES, LLC**
131 Airline Highway - Suite 201
Metairie, Louisiana 70001
Telephone:  (504) 834-7676
Facsimile:  (504) 834-5409

*/s/ Daniel R. Martiny*
**DANIEL R. MARTINY (9012)**
**JEFFREY D. MARTINY (35012)**
Attorneys for Defendants, Sheriff Gerald A. Turlich, Jr., Warden Denise Narcisse, Deputy Louis Tinson, Deputy Darcy Smith, Deputy Troy Lagreco, Deputy Nicole Gutierrez, Deputy Mathew Gutjahr, Deputy Ashton Paxton, and Deputy Anthony Bruscato

## CERTIFICATE OF SERVICE

      I hereby certify that on the 30th day of December, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all participating counsel of record herein. I also certify that I have this day forwarded a copy of same to Shane L. Hill #1373114, Plaquemines Parish Detention Center, P.O. Box 67 Pointe-a-la-Hache, LA 70082.

                                            */s/ Daniel R. Martiny*
                                            DANIEL R. MARTINY (9012)